FILE COPY



# Court of Appeals

BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

MACKEY K. HANCOCK
Justice

PATRICK A. PIRTLE
Justice

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

September 9, 2015

Rosemary Lehmberg
District Attorney
Travis County Courthouse
P. O. Box 1748
Austin, TX 78767
* DELIVERED VIA E-MAIL *

Donald Aekins
TDCJ # 1820499
Connally Unit
899 FM 632
Kenedy, TX 78119

**RE:** Case Number: 07-15-00139-CR; 07-15-00293-CR
Trial Court Case Number: D-1-DC-12-904056

**Style:** In re Donald Aekins

Dear Ms. Lehmberg and Mr. Aekins:

By order of the Court, enclosed for Mr. Aekins is a disk containing the record from *State v. Aekins,* No. D-1-DC-12-904056 (403rd Dist. Ct., Travis County, Tex. Oct. 25, 2012).

As for Mr. Aekins' September 1, 2015 letter of inquiry in *In re Aekins,* No. 07-15-00293-CR, the case remains pending and a certificate of service attached to the State's response indicates Mr. Aekins was served a copy.

Very truly yours,

*Vivian Long*
VIVIAN LONG, CLERK

xc:   Honorable Brenda Kennedy (DELIVERED VIA E-MAIL)
      Velva L. Price (DELIVERED VIA E-MAIL)